# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RAY MARTIN, | Case No. CV 11-7937-JEM |
|         Petitioner, | |
|     v. | **J U D G M E N T** |
| MICHAEL STAINER, Warden, | |
|         Respondent. | |

In accordance with the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 15, 2012

                                        */s/ John E. McDermott*
                                          John E. McDermott
                                  UNITED STATES MAGISTRATE JUDGE