# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RAY MARTIN, | Case No. CV 11-7937-JEM |
| Petitioner, | |
| v. | **JUDGMENT** |
| MICHAEL STAINER, Warden, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 15, 2012

*/s/ John E. McDermott*
John E. McDermott
UNITED STATES MAGISTRATE JUDGE